## OCTOBER 2007 CALENDAR

**STATE OF MONTANA,**
    **Plaintiff,**                                    **CAUSE NO. DC-98-260B**
vs.                                                        **DECISION**
**DIANNA ANDREWS,**
    **Defendant,**

On February 15, 2007, the defendant was sentenced to five (5) years in the Montana Women's Prison for violation of the conditions of a suspended sentence for the offense of Criminal Endangerment, a felony.

On October 5, 2007, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Eric Olson. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed, with the clear understanding that this sentence shall run concurrently with Cascade County District Court Cause Number ADC-06-262 to reflect Judge Stadler's intent at sentencing.

Done in open Court this 5th day of October, 2007.

DATED this 24th day of October, 2007.

Chairperson, Hon. Randal I. Spaulding, Member, Hon. Katherine Irigoin and Alt. Member, Hon. G. Todd Baugh.